# EXHIBIT A



**ATKINSON & FRAMPTON, PLLC**

2306 Kanawha Boulevard East
Charleston, WV 25311
☎ (304) 346-5100
📠 (304) 346-4678
www.amplaw.com

November 6, 2024

**<u>VIA E-MAIL – HARD COPY TO FOLLOW</u>**
*sruby@cdkrlaw.com*

Steven R. Ruby, Esquire
CAREY, DOUGLAS, KESSLER
   & RUBY, PLLC
707 Virginia Street, East, Suite 901
Charleston, WV 25301

Re:    Danielle Sheppard v. Price Gregory International, LLC, et al.
       Civil Action No.: 24-C-139
       Raleigh County, West Virginia

Dear Mr. Ruby:

    I look forward to working with you on the above-referenced matter.

    I would like to take the deposition of your client. If you could please provide potential dates for that, it would be appreciated.

    If you would like to talk about the case, please call.

                               Sincerely,

                               Mark A. Atkinson

MAA/egb

Enclosures