# EXHIBIT B



**ATKINSON & FRAMPTON, PLLC**

2306 Kanawha Boulevard East
Charleston, WV 25311
☎ (304) 346-5100
📠 (304) 346-4678
www.amplaw.com

January 16, 2025

**<u>VIA E-MAIL – HARD COPY TO FOLLOW</u>**
*sruby@cdkrlaw.com*

Steven R. Ruby, Esquire
CAREY, DOUGLAS, KESSLER
 & RUBY, PLLC
707 Virginia Street, East, Suite 901
Charleston, WV 25301

Re:  <u>Danielle Sheppard v. Price Gregory International, LLC, et al.</u>
      Civil Action No.: 24-C-139
      Raleigh County, West Virginia

Dear Mr. Ruby:

We spoke before about my desire to take your client's deposition. In the next week, if you could provide me with potential dates for that deposition, it would be appreciated. I would prefer not to schedule the deposition on my own.

I look forward to hearing from you.

Sincerely,

Mark A. Atkinson

MAA/egb