# EXHIBIT C



**ATKINSON & FRAMPTON, PLLC**

2306 Kanawha Boulevard East
Charleston, WV 25311
☎ (304) 346-5100
📠 (304) 346-4678
www.amplaw.com

January 23, 2025

**_VIA E-MAIL – HARD COPY TO FOLLOW_**
*sruby@cdkrlaw.com*

Steven R. Ruby, Esquire
CAREY, DOUGLAS, KESSLER
 & RUBY, PLLC
707 Virginia Street, East, Suite 901
Charleston, WV 25301

Re:  Danielle Sheppard v. Price Gregory International, LLC, et al.
     Civil Action No.: 24-C-139
     Raleigh County, West Virginia

Dear Mr. Ruby:

  I am writing again about taking your client's deposition. Please let me know in the next five days what dates work for you and your client. If I do not hear from you, I will go ahead and set his deposition. I hope to hear from you soon.

Sincerely,

Mark A. Atkinson

MAA/egb